# EXHIBIT F

[redacted]

**From:** Tom Baber
**Sent:** Saturday, November 8, 2025 4:36 PM
**To:** Tom B
**Subject:** FW: RSVP
**Attachments:** Due Diligence Request List.pdf; RSVP 2025 - 2019 Historical Financials - Great Plains.pdf; RSVP Historicals -Excel Format.xlsx; August 2025 Accounts Receivable Aging.pdf; August 2025 Accounts Receivable Past Due Summary.pdf; RSVP Projections - 10042025.pdf; Sales and Royalty History - 10062025.pdf; Sales and Royalty Comps History - 10062025.pdf; National Sales 2019-Aug2025 - 10022025.pdf; Employee Census - October 2025.pdf; AFB (RSVP) - 2025 FDD - Amended.pdf

---

**From:** sean <sean@jalequity.com>
**Sent:** Wednesday, October 8, 2025 5:21 PM
**To:** Eran Salu <eran@jalequity.com>; Tom Baber <tbaber@moneymailer.com>
**Subject:** FW: RSVP

Initial RSVP data attached with notes on info provided below. Let me know if we want to pursue and I can start building a package/MD&A questions.

1. Operations
   a. Major items being outsourced are luxury card packs & cardfolds from Taylor and lists from ValPak
   b. Average revenue for comparable market [redacted] and blended royalty rate at [redacted]% (most are at [redacted]%)- 41 comp markets presented
2. Management & Labor
   a. 6 employees, including executive consultant Dori Benntt
   b. Senior Ops Director, National Sales Director, National Sales & Training (employee retiring end of 2025), RSVP Admin, Lead Gen Specialist
   c. RSVP trade name and owned by Alliance Franchise Brands with Mike Marcantonio being majority stockholder in holding company (full cap table not provided)
   d. Non-union
3. Financials & Valuation
   a. FY 22: [redacted] Adj. EBITDA
   b. FY 23: [redacted] Adj. EBITDA
   c. FY 24: [redacted] Adj. EBITDA
   d. FY 25(P): [redacted] Adj. EBITDA
   e. 2025 decline mix of closed markets, reduction in national sales revenue
   f. EBITDA adjustments primarily corp allocations for marketing, accounting, and convention expenses partially offset by $[redacted] add back for marketing fund ($[redacted] total adjustments downward for FY 24)
   g. No B/S available for business only at parent co so debt not available
4. Borrowing Base (8/31/25)

   [redacted]
5. Revenue Mix (2025)

   a. Top national customers are [redacted]
6. Sales & Marketing
   a. No information provided beyond what was discussed on initial call
7. Real Estate
   a. Most employees are remote, no assumed property leases to consider
8. IT
   a. Business operating on Great Plains accounting software and proprietary royalty system
9. Growth Opportunities
   a. Projections provided based on new franchisees/markets and national sales growth but TBD how this is executed
10. Open Items
    a. Discuss historical financial MD&A (Mitigation of lost franchisees)
    b. Budget drivers
    c. National sales GTM strategy and who holds relationships

Thanks,
Sean

**Sean T. McNeill, CFA**
Director

**M:** 704.661.2257
**E:** Sean@jalequity.com
**W:** www.jalequity.com

---

**From:** Harry Silverman <silverh58@gmail.com>
**Sent:** Wednesday, October 8, 2025 8:37 AM
**To:** sean <sean@jalequity.com>
**Cc:** Michael Marcantonio <michael@m3marc.com>; Dori Bennett <doribennett@mi.rr.com>
**Subject:** RSVP

Good morning Sean

My name is Harry Silverman and I am the Chief Financial Advisor at Alliance Franchise Brands. I along with Dori Bennett will be working on the due diligence information as well as anything else you may need in your review of RSVP

Please find attached various due diligence items that were requested by you in a previous email to Mike Marcantonio. Below is a brief explanation of the attached items.

* **Due Diligence Request List** - provides a summary of all the request and answers to certain questions

* **Historical Statement (Great Plains)** - We provided annual statements from 2019 to August 2025 directly from our Great Plain accounting system. We could provide monthly statements but there are various revenue and expense swings each month and I am not sure this is the best way to review RSVP's performance.

* **Historical Statements (Excel)** - We provided annual statements in an excel format from 2019 to August 2025. We also included allocations, one-time charges and a reconcilement to the Great Plain statements. In addition, there is a 2025 vs 2024 comparison of results with some explanations.

* **August 2025 Accounts Receivable Aging** - We provided a copy of our aging report from our financial system

* **August 2025 Account Receivable Past Due Summary** - We provided an easier to read summary of the aging report

* **RSVP Projections** - We provided a projection model, including all assumptions, for the years 2026 - 2030. We also included a 2026 vs 2025 comparison of results with some explanations

* **Sales & Royalty History** - We provided a summary of market sales and royalties from 2019 - August 2025. It is hard to compare the 2025 numbers as the year is not complete and mailing dates can vary from year to year with each individual franchisee.

* **Sales and Royalty Comp Sales** - We provided a summary of all markets opened from 2019 - 2024

* **National Sales** - We provided a summary of National Sales by major customers from 2019 - August 2025.

* **Employee Census** - We provided a list of our current employees as of October 2025

* **AFB (RSVP) Amended FDD** - We provided our most current FDD

Please review the attached and feel free to send me any questions or comments regarding the information. Dori and I will be happy to send you any additional items as requested or set up a call to discuss these schedules or anything else.

We look forward to working with you

Harry Silverman
734-395-3724