# EXHIBIT I

[redacted]

**From:** rpirrotta <rpirrotta@moneymailer.com>
**Sent:** [redacted]
**To:** Ian Barber
**Cc:** Eran Salu; rpirrotta
**Subject:** [redacted]
**Attachments:** MM RSVP ZIP Coverage 01 15 2026.xlsx; MM RSVP Footprint Overlap 01 15 2026.pdf

[redacted]

**From:** Laura Prescott <lprescott@moneymailer.com>
**Sent:** Thursday, January 15, 2026 5:57 PM
**To:** Mike Hiskett <mhiskett@moneymailer.com>; Tom Baber <tbaber@moneymailer.com>
**Subject:** RE: RSVP Zips, Etc.

Hi Mike and Tom,

For point **#1 Overlap Analysis**, attached are two files illustrating the footprint coverage overlap between Money Mailer and RSVP.

1. *MM RSVP ZIP Coverage 01 15 2026.xlsx* shows the overlap by market based on both companies mailing ZIP Codes within the market. It does **not** mean we mail the same ZIP Codes or carrier routes within the market.
   a. RSVP has coverage in 11 of Money Mailer's 15 markets
   b. Money Mailer mails in four markets the RSVP does not.
   c. RSVP mails in 46 markets that Monday Mailer does not.
2. *MM RSVP Footprint Overlap 01 15 2026.pdf* illustrates the overlap in the Atlanta market. Both companies mail in the Atlanta market. Money Mailer has 500K circ while RSVP only has 110K circ. Even though we mail the Atlanta market, we mail different areas giving both companies an opportunity to expand coverage.
   a. I can provide a similar map for the 10 other markets in which both companies have coverage.

For point #**2 Zone & Circulation Structure** and point #**3 Data Granularity**, I will need @Tom Baber to provide more detail. As Mike mentioned, the data provided is only at the ZIP Code level. For an "apples-to-apples" comparison, we need their coverage by carrier route. Also, it appears their zones range in circ from 15K-50K per zone.

As for point #**4 Circulation Report Development**, the reports provided have limited data per zone, e.g. Median Household Income, Average Age, Average Year Built, Median Credit Value and Property Value (Low, High and Average). I have two concerns:

1. Our standard demographic reports include more data variables, and we have the ability to provide significantly more variables if a client specifically requests it, e.g. Asian Restaurant Index, Kitchen Remodeling Index, etc. Providing demographic reports with different variables depending on the market or ZIP Codes mailed could be confusing to our reps and advertisers.
2. RSVP's reports didn't indicate the data source. If they are using a source other than Claritas, which we use, then it is highly likely that the data values will be different which could lead to more confusion and questions.

3. If RSVP can provide the carrier routes and number of homes mailed for each route for each zone, then it may be possible for me to write a script to pull Claritas data for each of their zones the way we do for our zones. This would allow us to provide the same data for all zones regardless of whether they are Money Mailer zones or RSVP zones or a combination of the two. Since it would take a considerable amount of time to write the script for this process, I don't want to start on that until we are further along with this opportunity.

I hope you find this helpful. Please let me know if you have any questions or need anything else.

Best regards,

**Laura Prescott**
Director of Marketing Analytics
lprescott@moneymailer.com

---

**From:** Mike Hiskett <mhiskett@moneymailer.com>
**Sent:** Monday, January 12, 2026 5:22 AM
**To:** Laura Prescott <lprescott@moneymailer.com>
**Cc:** Tom Baber <tbaber@moneymailer.com>
**Subject:** FW: RSVP Zips, Etc.

Hello Laura,

Please review the attached information from Deana Folz, Senior Operations Director at RSVP. RSVP is a print media company whose program we may be able to sell alongside Money Mailer—similar to Home Concepts—but distributed as a packet of inserts within a cellophane-sealed package.

**Objective**

Our goal is to evaluate RSVP's footprint and determine how we can incorporate their circulation into our Money Mailer circulation reports. This would allow our sales team to cross-sell RSVP placements, adding incremental circulation and value for advertisers.

**Requested Next Steps**

Please review the materials and help us with the following:

1. **Overlap Analysis**
   - Identify the geographic overlap between RSVP distribution and current Money Mailer markets/zones.
2. **Zone & Circulation Structure @Tom Baber can you assist with this?**
   - Confirm how RSVP defines zones.
   - Determine minimum circulation requirements for advertiser participation.
3. **Data Granularity @Tom Baber can you assist with this?**
   - The materials appear to be ZIP-code level.
   - Please assess whether carrier-route–level data is available or required for alignment with our standard reporting.
4. **Circulation Report Development**
   - Advise on what data is needed to create a circulation report in our standard Money Mailer format for internal use and for advertisers.

Deana indicated that combined demographic reports can be produced by Audience Solutions if needed (with a few days' lead time), or we can work from the raw ZIP-level files if that is more efficient.
Please let us know:

- Whether the current data is sufficient to proceed, or
- If we should request additional or more granular data from RSVP.

Thank you—looking forward to your guidance so we can keep momentum moving on this opportunity.

Best Regards,

**Mike Hiskett**
SVP National Sales &
Marketing Analytics
**O:** 714.889.4631
**M:** 949.235.5306
money mailer

Hi Mike,

Please see below and let me know if I should have Deana do more work or if we can work with what she sent. Either is fine. I am just excited to keep the momentum.

Best,
Tom

---------- Forwarded message ---------
From: **Deana Folz** <deanaf@alliancefranchisebrands.com>
Date: Fri, Jan 9, 2026 at 3:56 PM
Subject: RSVP Zips, Etc.
To: Tom Baber

We get demographic reports like the one that is attached for Kansas City. It has tabs for each zone and the counties, zips, routes, etc. We don't have them in a combined format but I can ask Audience Solutions to do - it'll take a few days. I'll attach the zip file if you have someone who can do it quicker.

The second sheet is zip codes mailed for each market with all listed and then individual tabs.

Deana Folz
Senior Operations Director, RSVP
Phone: 813.838.5069

**Helping businesses grow since 1979!**
Franchises available in your area
https://moneymailerfranchise.com/