**Robert I. Steiner**

Kelley Drye & Warren LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940

Tel: (973) 503-5900
Fax: (973) 503-5950
rsteiner@kelleydrye.com

July 23, 2026

***Via ECF***

Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, 4E
Trenton, New Jersey 08608

Re: *Money Mailer, LLC, et al. v. Thomas R. Baber, Jr., et al.*
Docket No. 3:26-cv-07065-RK-JTQ

Dear Judge Kirsch:

I am lead counsel for plaintiffs Money Mailer, LLC and Salu Group, Inc. (collectively "Plaintiffs") in the above-referenced matter. I write with the consent of Defendants' counsel to respectfully request the Court adjourn the telephone conference currently scheduled for July 27, 2026 due to a scheduling conflict, namely my participation in an ongoing federal trial in the Southern District of New York, captioned *The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.*, Case No. 22-cv-4724-AKH.

The trial in that matter began last week and is expected to continue until at least Wednesday and potentially Thursday of next week before Judge Hellerstein. In as much as Judge Hellerstein does not sit on Fridays, I would be available for a telephone conference in this matter tomorrow, July 24, 2026, or Friday, July 31, 2026, if acceptable to the Court. Thereafter, I am on a pre-planned vacation for the first two weeks of August. If either of those July dates are not available, my colleague Ryan Dunn is available to appear on the currently scheduled date.

We appreciate the Court's consideration of this request. This is the first adjournment request.

Respectfully submitted,
*/s/ Robert I. Steiner*
Robert I. Steiner

cc: Counsel of Record (via *ECF*).